# United States Court of Appeals
## For the First Circuit

No. 16-1981

UNITED STATES OF AMERICA,

Appellee,

v.

FORREST T. GOODWIN, JR.,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on August 8, 2017, is amended as follows:

On page 6, lines 7 and 24, "foregoing" is replaced with "forgoing"